UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23963-GAYLES/LOUIS

**LISETTE YAQUES** and
**JOSE VICTORERO**,

      Plaintiffs,

v.

**ZHENZHEN LIN**, *et al*.,

      Defendants.
_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Lauren F. Louis' Report and Recommendations (the "Report"). [ECF No. 66]. On January 22, 2024, Defendants Bank of America, N.A. and JPMorgan Chase Bank, N.A. filed their Joint Motion to Dismiss Amended Complaint (the "Motion"). [ECF No. 58]. Plaintiffs Lisette Yaques and Jose Victorero then filed their Response, [ECF No. 59], to which Defendants filed a reply, [ECF No. 62]. On January 3, 2024, the Court referred the case to Judge Louis, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a report and recommendation on any dispositive matters. [ECF No. 48]. On May 31, 2024, Judge Louis issued her Report recommending that the Court grant, in part, and deny, in part, Defendants' Motion. [ECF No. 66]. The parties have not objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only

for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Louis' well-reasoned analysis and agrees that the Motion should be granted, in part, and denied, in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Lauren F. Louis' Report and Recommendations, [ECF No. 66], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

2. Defendants Bank of America, N.A. and JPMorgan Chase Bank, N.A.'s Joint Motion to Dismiss Amended Complaint, [ECF No. 58], is **GRANTED, in part, and DENIED, in part, as follows:**

    a. GRANTED as to Counts I–V of the Amended Complaint, [ECF No. 51], for failure to state a claim;

    b. DENIED as to Defendant's assertion that Plaintiffs' common law claims are preempted by Article 4 of the Uniform Commercial Code;

3. Counts I–V of the Amended Complaint, [ECF No. 51], are DISMISSED, without prejudice, as to Defendants Bank of America, N.A. and JPMorgan Chase Bank, N.A.; and

4. Plaintiffs Lisette Yaques and Jose Victorero may seek leave to file an amended complaint within twenty (20) days of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of July, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE