**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

LISETTE YAQUES and JOSE VICTORERO,        CASE NO. 1:23-CV-23963-KMW

      Plaintiffs,

vs.

ZHENZHEN LIN, UNKNOWN CO-CONSPIRATOR(S), BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., and BEST BUY CO. INC., d/b/a GEEK SQUAD,

      Defendants.

_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiffs LISSETTE YAQUES and JOSE VICTORERO and Defendants, BANK OF AMERICA, N.A. and JP MORGAN CHASE BANK, N.A., by and through their undersigned respective counsel, hereby submit this Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismissing the above-captioned action with prejudice as to BANK OF AMERICA, N.A. and JP MORGAN CHASE BANK, N.A. Each party shall bear its own attorneys' fees and costs.

Plaintiffs have not resolved their claims against ZHENZHEN LIN and the UNKNOWN CO-CONSPIRATOR(S) and those claims shall remain pending.

Respectfully submitted:



Attorneys for JPMorgan Chase Bank, N.A.
1200 Four Seasons Tower
1441 Brickell Avenue

**Liebler, Gonzalez & Portuondo**
Attorneys for Bank of America, N.A.
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130

CASE NO. 1:23-CV-23963-KMW

Miami Florida 33131
Phone: (305) 350-5194
Fax: (305) 372-2738

/s/ José A. Ortiz
_____

José A. Ortiz, Esq.
Email: jortiz@homerbonner.com
Florida Bar No.: 182321
Antonio M. Hernandez, Jr., Esq.
Email: ahernandez@homerbonner.com
Florida Bar No.: 117756

Cooke Carbonell LLP
Attorneys for Plaintiffs
10720 Caribbean Blvd
Suite 540
Cutler Bay, FL 33189
Phone: (786) 701-9777
Fax: (305) 259-7148

/s/ Robert F. Cooke
ROBERT F. COOKE
Florida Bar No. 590533

Telephone: (305) 379-0400
Fax: (305) 379-9626

/s/ Marc T. Parrino
MARC T. PARRINO
Florida Bar No. 18197
Email: mtp@lgplaw.com
SAHILY SERRADET
Florida Bar No. 077620
E-mail: ss@lgplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc T. Parrino
_____
MARC T. PARRINO

2